# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COMMUNITY CENTRAL BANK,

    Plaintiff,

v.                                      Case No. 11-10059

MORTGAGE NOW, INC.,

    Defendant.

                                      /

## JUDGMENT

In accordance with the court's "Findings of Fact and Conclusions of Law Pursuant to Rule 52(a)" dated November 22, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff in the amount of $126,209.40. Dated at Detroit, Michigan, this 22nd day of November 2013.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

                                                            s/ Lisa Wagner
                                                    By: Lisa Wagner, Case Manager
                                                       to Judge Robert H. Cleland